**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

**VS.**                    **CASE NO. 4:02CR00170 JMM**

**NATHAN ALLEN ROBINSON**

**ORDER**

Pending before the Court is defendant's Motion to be Released From Supervised Release. For the reasons stated below, the motion is denied (#295).

On May 8, 2003, the Court entered a judgment and commitment which sentenced defendant to 46 months incarceration with the Bureau of Prison with 4 years of supervised release to follow. On September 22, 2003, the Court granted the government's motion for a downward departure and reduced defendant's sentence to 23 months imprisonment with all other provisions of the May 8, 2003 judgment and commitment remaining in effect.

Defendant has completed his term of imprisonment and approximately 2 years and 9 months of his supervised release. Defendant seeks early release from his sentence of supervised release because he believes he is no longer in need of supervision. The government opposes the request and contends that the term of supervised release is part of a defendant's sentence which should be completed in full. The United States Probation Office and defendant's supervising officer concur with the government's position.

Under 18 U.S.C. § 3583(e)(1) the Court may terminate a term of supervised release in which the defendant has already served at least one year of the supervision. In so doing the Court

must consider the factors set forth in 18 U.S.C. § 3553(a) and be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

After considering § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the Court concludes that termination of defendant's supervised release would not be in the interest of justice.

IT IS SO ORDERED THIS __3__ day of __January__, 2008.

_____
James M. Moody
United States District Judge